BARRY J. PORTMAN
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant TODD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-11-0436 WHA |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER TO CONTINUE SENTENCING |
| v. ) | HEARING |
| ) | |
| MICHAEL WAYNE TODD, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The parties jointly request that, subject to the Court's approval, the sentencing hearing presently set for November 1, 2011 be continued to January 17, 2012 at 2:00 pm.

On August 16, 2011, defendant Michael Todd pleaded guilty to being a felon in possession of a firearm in violation of 18 U.S.C. § 9229(g). The Court scheduled the sentencing hearing for November 1, 2011. At that time, the defense advised the Court that it may seek a continuance of the sentencing hearing because November 1st is the date that Mr. Todd's baby is due and his girlfriend would like to be present for the sentencing hearing. Mr. Todd and his girlfriend are in the process of making arrangements to be married, which they would like to have completed by the time of sentencing. As anticipated, Mr. Todd's girlfriend will not be able to be present for the sentencing hearing if held on November 1, 2011. She is concerned that if

1  the hearing is scheduled too soon after November 1, 2011, she will not be able to attend because
2  the baby will still be too young for her to leave to come to San Francisco for the sentencing.
3       Additionally, the draft PSR indicates that Mr. Todd currently has two detainers: one in
4  Sonoma County for a state case related to the instant offense conduct, and another detainer for a
5  potential parole violation. Prior to his sentencing, defense counsel would like the opportunity to
6  investigate whether these detainers will remain in place and the affect, if any, on the amount of
7  time he will serve in custody.
8       Accordingly, for the above reasons, the parties jointly request that the sentencing hearing
9  be continued from November 1, 2011 to January 17, 2012.
10      IT IS SO STIPULATED.

12   October 20, 2011                                               /s
    DATED                                                     DEREK OWENS
13                                                                         Assistant United States Attorney

16   October 20, 2011                                               /s
    DATED                                                      JODI LINKER
17                                                                         Assistant Federal Public Defender

18      IT IS SO ORDERED.

20   October 24, 2011.
    DATED                                                      William Alsup
21                                                                         UNITED STATES DISTRICT JUDGE